UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DISABILITY RIGHTS NEW YORK, JENNIFER PICHE,

              *Plaintiffs,*

        *v.*

COUNTY OF JEFFERSON, JEFFERSON COUNTY
CORRECTIONAL FACILITY (JCCF),
SHERIFF PETER R. BARNETT, in his official
capacity, SGT. LARKINS, in his official and
individual capacity, C.O. CARRANZA, in his official
and individual capacity, C.O. BARKER, in her official
and individual capacity, C.O. BROWNELL, in her
official and individual capacity, C.O. O'BRIEN, in her
official and individual capacity, PRIMECARE
MEDICAL, INC., and PRIMECARE MEDICAL OF
NEW YORK, INC.,

              *Defendants.*
_____

**NOTICE OF APPEARANCE**

**Civil No.: 9:24-cv-00022-GTS-TWD**

    **Please Take Notice**, the following attorney is admitted to practice in this court, and hereby enters appearance in the above-captioned action as co-counsel for Plaintiff:

Rena Andoh, Esq.
Benesch Friedlander Coplan & Aronoff LLP
NDNY Bar Roll No. 518775
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
RAndoh@beneschlaw.com

Date: October 23, 2024
New York, NY

                                      /s/ Rena Andoh
                                      Rena Andoh

**Certificate of Service**

I hereby certify that on October 23, 2024, I caused the foregoing Notice of Appearance to be filed with the Clerk of the District Court using the CM/ECF system, which is believed to provide notification of such filing to all subsequent attorneys of record.

Date: October 23, 2024
New York, NY

/s/ Rena Andoh
Rena Andoh

25024333 v1